UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/08

IN RE STATE STREET BANK AND TRUST
CO. ERISA LITIGATION

This document relates to:

ALL ACTIONS

07 Civ. 8488 (RJH)

PLUMBERS AND STEAMFITTERS UNION
LOCAL NO. 10 HEALTH & WELFARE FUND,

                Plaintiff,

-v-

STATE STREET CORP., et al.,

                Defendants.

08 Civ. 7934 (RJH)

**ORDER**

     The Clerk of Court is directed to consolidate, for pretrial purposes only, the action with docket number **08 Civ. 7934** with those cases previously consolidated under the above caption, "In re State Street Bank and Trust Co. ERISA Litigation," 07 Civ. 8488, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *See Devlin v. Transp. Commc'ns Int'l Union*, 175 F.3d 121, 130 (2d Cir. 1999) ("A district court can consolidate related cases under Federal Rule of Civil Procedure 42(a) sua sponte.").

     Filings in any of the consolidated actions should indicate in the caption the docket numbers of the particular action(s) to which the document relates.

SO ORDERED.

Dated: New York, New York
October 8, 2008

_____
Richard J. Holwell
United States District Judge