UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ─────────────────────────────── x <br> PLUMBERS AND STEAMFITTERS UNION : <br> LOCAL NO. 10 HEALTH & WELFARE : <br> FUND, Individually and on Behalf of All : <br> Others Similarly Situated, : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> STATE STREET CORPORATION, et al., : <br> : <br> Defendants. : <br> ─────────────────────────────── x | Civil Action No. 1:08-cv-07934-RJH <br> (Relates to MDL No. 1945) <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION FOR <br> APPOINTMENT AS LEAD PLAINTIFF <br> AND APPROVAL OF SELECTION OF <br> LEAD COUNSEL |

PLEASE TAKE NOTICE that Institutional Investor Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund ("Plumbers and Steamfitters Union") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) appointing Plumbers and Steamfitters Union as Lead Plaintiff; (ii) approving Plumbers and Steamfitters Union's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Plumbers and Steamfitters Union submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated November 10, 2008.

DATED:  November 10, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN
MARIO ALBA JR.


                    /s/ *Mario Alba Jr.*
MARIO ALBA JR.

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@csgrr.com
drosenfeld@csgrr.com
ekaufman@csgrr.com
malba@csgrr.com

[Proposed] Lead Counsel for Plaintiff

I:\State Street Intermediate\LP Motion\LP Motion.doc

- 1 -

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that, on November 10, 2008, I caused a true and correct copy of the attached:

> Notice of Motion for Appointment as Co-Lead Plaintiff and Approval of Selection of Lead Counsel;
>
> Memorandum in Support of the Motion of Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund for Appointment as Co-Lead Plaintiff and pproval of Selection of Lead Counsel; and
>
> Declaration of Mario Alba Jr. in Support of the Motion of Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund for Appointment as Co-Lead Plaintiff and Approval of Selection of Lead Counsel,

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel listed on the attached service list.

                                                         */s/ Mario Alba Jr.*
                                                         Mario Alba Jr.

STATE STREET INTERMEDIATE FUND

Service List - 11/10/2008   (08-0185)

Page 1 of 1

### Counsel For Defendant(s)

Edwin G. Schallert
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY  10022
  212/909-6000
  212/909-6836 (Fax)

Barry G. Sher
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022
  212/318-6000
  212/319-4090 (Fax)

Jerome C. Katz
Ropes & Gray LLP
45 Rockefeller Plaza
New York, NY  10111-0087
  212/841-5700
  212/841-5725 (Fax)

Harvey J. Wolkoff
Robert A. Skinner
Christopher G. Green
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624
  617/951-7000
  617/951-7050 (Fax)

### Counsel For Plaintiff(s)

Patrick T. Egan
Jeffrey Block
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA  02109
  617/542-8300
  617/542-1194 (Fax)

Avi Josefson
Jonathan A. Harris
Jerald D. Bien-Willner
Bernstein Litowitz Berger & Grossmann LLP
1285 Ave of the Americas, 38th Fl.
New York, NY  10019
  212/554-1400
  212/554-1444 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Evan J. Kaufman
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
  631/367-7100
  631/367-1173 (Fax)

Lynn Lincoln Sarko
Laura R. Gerber
Derek W. Loeser
Keller Rohrback LLP
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
  206/623-1900
  206/623-3384 (Fax)