COURTESY COPY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/09

RECEIVED
FEB - 3 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
PLUMBERS AND STEAMFITTERS UNION : Civil Action No. 1:08-cv-07934-RJH
LOCAL NO. 10 HEALTH & WELFARE :
FUND, Individually and on Behalf of All : Relates to MDL No. 1945
Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
STATE STREET CORPORATION, et al., :
:
Defendants. :
———————————————————————— x

### STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT, MOTION TO DISMISS AND RELATED BRIEFING

WHEREAS, on January 15, 2009, the Court entered an Order appointing Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund as Lead Plaintiff and approving its selection of Coughlin Stoia Geller Rudman & Robbins LLP as Lead Counsel;

WHEREAS, also on January 15, 2009, the Court ordered that Lead Plaintiff is to file its Amended Complaint on or before February 5, 2009, Defendants are to file their Motions to Dismiss the Amended Complaint on February 26, 2009, Lead Plaintiff is to file its Opposition to Defendants' Motions to Dismiss on March 19, 2008 and Defendants' Reply briefs are to be filed on April 2, 2009.

WHEREAS, Lead Plaintiff respectfully requests an eight day extension of time to file its Amended Complaint and such extension will not cause any undue delay in this action;

WHEREAS, Defendants consent to Lead Plaintiff's request; and

WHEREAS, there have been no prior requests to extend the time for the filing of the Amended Complaint;

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties, subject to the approval of the Court, as follows:

1. Lead Plaintiff shall file its Amended Complaint on or before February 13, 2009;

2. Defendants shall file their Motions to Dismiss on or before March 6, 2009;

3. Lead Plaintiff shall file its Opposition to Defendants' Motions to Dismiss on or before March 27, 2009; and

4. Defendants' shall file their Reply briefs on or before April 10, 2009.

DATED: February 3, 2009

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
EVAN J. KAUFMAN

EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Attorneys for Plaintiff*

SO ORDERED

USDJ
2/4/09

- 2 -