UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

| | | |
|---|---|---|
| IN RE STATE STREET BANK AND TRUST CO. FIXED INCOME FUNDS INVESTMENT LITIGATION | : : : | MDL No. 1945 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

| | | |
|---|---|---|
| NING YU, On Behalf of Himself and All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | No. 08 Civ. 8235 (RJH)(DFE) |
| vs. | : : | **ECF CASE** |
| STATE STREET CORPORATION, et al., | : : | **Electronically Filed** |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS UNION LOCAL NO. 10 HEALTH & WELFARE FUND, Individually and on Behalf of All Others Similarly Situated, | : : : : : | |
| Plaintiff, | : : | No. 08 Civ. 7934 (RJH)(DFE) |
| vs. | : : | **ECF CASE** |
| STATE STREET CORPORATION, et al., | : : | **Electronically Filed** |
| Defendants. | : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## INDEPENDENT TRUSTEES' NOTICE OF
## <u>MOTION TO DISMISS THE AMENDED COMPLAINTS</u>

PLEASE TAKE NOTICE that, upon the Amended Complaints; the

accompanying Memorandum of Law; and upon all prior papers, Defendants Lynn L. Anderson,

Steven J. Mastrovich, William L. Marshall, Patrick J. Riley, Bruce D. Taber, Richard D. Shirk

and Henry W. Todd, through the undersigned, will move this Court before the Honorable

Richard J. Holwell, at the United States Courthouse, 500 Pearl Street, New York, New York

10007, as soon as counsel may be heard, for an order dismissing the Amended Complaints filed

in the above-captioned actions in their entirety with prejudice pursuant to Rule 12(b)(6) of the

Federal Rules of Civil Procedure and the Securities Act of 1933, 15 U.S.C. §§ 77a et seq.

Dated:  March 11, 2009                              Respectfully submitted,
       New York, New York


                                 /s/ Thomas J. Dougherty
                                 Thomas J. Dougherty
                                 Peter Simshauser
                                 Michael S. Hines
                                 SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP
                                 Four Times Square
                                 New York, New York  10036
                                 (212) 735-3000
                                 dougherty@skadden.com
                                 psimshau@skadden.com
                                 mhines@skadden.com


                                     -- and --

                                 One Beacon Street
                                 Boston, Massachusetts  02108
                                 (617) 573-4800

                                 Counsel for Defendants
                                 Lynn L. Anderson, Steven J. Mastrovich,
                                 William L. Marshall, Patrick J. Riley, Bruce D.
                                 Taber, Richard D. Shirk and Henry W. Todd

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing.  I further certify that on March 11, 2009, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid upon the following counsel:

Robert J. Dyer III
Jeffrey A. Berens
DYER & BERENS LLP
682 Grant Street
Denver, CO  80203

*Co-Lead Counsel for Plaintiff Ning Yu*

Corey D. Holzer
Michael I. Fistel, Jr.
HOLZER HOLZER & FISTEL, LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA  30338

*Counsel for Plaintiff Ning Y*u

Dated:  March 11, 2009                                    /s/ Thomas J. Dougherty
                                                         Thomas J. Dougherty