UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PLUMBERS AND STEAMFITTERS UNION
LOCAL NO. 10 HEALTH & WELFARE FUND,

Plaintiff,

- against -

STATE STREET CORPORATION, ET AL.,

Defendants.

1:08-cv-07934-RJH-DFE

**ORDER**

On January 15, 2009, the Court granted the motion [15] of Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund ("Plumbers and Steamfitters") to be appointed to serve as lead plaintiff, and further approved Plumbers and Steamfitters' choice of counsel. As a housekeeping matter, the Clerk is directed to mark this motion closed.

SO ORDERED.

Dated: New York, New York
August 14, 2009

Richard J. Holwell
United States District Judge