UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
In re STATE STREET BANK AND TRUST  :   MDL No. 1945
CO. FIXED INCOME FUNDS          :
INVESTMENT LITIGATION         :
                                 :
———————————————————— 
PLUMBERS AND STEAMFITTERS UNION :   Civil Action No. 1:08-cv-07934-RJH
LOCAL NO. 10 HEALTH & WELFARE   :   (Relates to MDL No. 1945)
FUND, Individually and on Behalf of All  :
Others Similarly Situated,          :   CLASS ACTION
                                 :
            Plaintiff,        :
                                 :
     vs.                     :
                                 :
STATE STREET CORPORATION, et al.,   :
                                 :
           Defendants.    :
                                 :
———————————————————— x

## NOTICE OF VOLUNTARY DISMISSAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/19/10__

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, Plaintiff Plumbers and Steamfitters Union Local No. 10 Health & Welfare Fund

("Plaintiff") filed an Amended Complaint for Violation of the Federal Securities Laws, on behalf of

itself and all others similarly situated against Defendants State Street Corporation, State Street

Global Advisors, SSGA Funds, Lynn L. Anderson, Steven J. Mastrovich, William L. Marshall,

Patrick J. Riley, Bruce D. Taber, Richard D. Shirk, Henry W. Todd, Mark E. Swanson, James E.

Ross and Peter G. Leahy (collectively, the "Defendants") on February 13, 2009, captioned, *Plumbers

and Steamfitters Union Local No. 10 Health & Welfare Fund v. State Street Corporation, et al.*, 08

Civ. 07934-RJH (the "Action").

WHEREAS, no Defendant in the Action has served either an answer or a motion for

summary judgment; and

WHEREAS, a class has not been certified in this Action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Action without prejudice.

DATED: December 1, 2009                    COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
                                           SAMUEL H. RUDMAN
                                           EVAN J. KAUFMAN
                                           CAROLINA C. TORRES

The clerk of the
court is requested to
close this case.

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiff*

SO ORDERED

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE    11/5/10

- 1 -